UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

WILLIAM CRENSHAW,

                             Plaintiff,

v.                                               Case #15-CV-6229-DGL

JAMES McNAMARA,                         DECISION AND ORDER
JOHN VanLOON,
RICHARD FONTANZA,
LARRY BERNSTEIN,
SANDRA DOORLEY, and
HON. CHARLES J. SIRAGUSA,

                             Defendants.

      Plaintiff William Crenshaw commenced this action against six Defendants, including the Honorable Charles J. Siragusa, in the Clinton County Supreme Court, and on April 20, 2015, that state court action was removed to this court pursuant to 28 U.S.C. §§ 1441 and 1446. *See* ECF No. 1.

      The Honorable Charles J. Siragusa is a United States District Judge for the Western District of New York, and because of the close relationship between the judges of the Western District of New York, recusal of all judges within the district is warranted. Accordingly, the Court hereby respectfully requests that the Chief Judge of the United States Court of Appeals for the Second Circuit designate and temporarily assign a district judge from the Northern District of New York to preside over this matter until its conclusion pursuant to 28 U.S.C. § 292(b).

A copy of this Order shall be transmitted to the Honorable Robert A. Katzmann, Chief Judge of the United States Court of Appeals for the Second Circuit, as well as the Honorable Glenn T. Suddaby, Chief Judge of the United States District Court for the Northern District of New York.

IT IS SO ORDERED.

DATED:     Rochester, New York
           December 18, 2015

_____
HON. FRANK P. GERACI, JR.
Chief Judge
United States District Court